**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Frank W. BALLANCE, Jr., Defendant—Appellant.**

No. 07–7165.

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 18, 2007.

Decided: Oct. 26, 2007.

Frank W. Ballance, Jr., Appellant Pro Se. Stephen Aubrey West, Dennis M. Duffy, Assistant United States Attorneys, Raleigh, North Carolina, for Appellee.

Before WILKINSON, NIEMEYER, and KING, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Frank Ballance seeks to appeal the district court's order granting in part and denying in part the Government's motion to dismiss Ballance's 28 U.S.C. § 2255 (2000) motion. The Government moved to dismiss Ballance's appeal as interlocutory. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed. R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.,* 337 U.S. 541, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Ballance seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we grant the Government's motion and dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*